**IN THE COURT OF APPEALS OF THE STATE OF IDAHO**

**Docket No. 41759**

| | | |
|---|---|---|
| STATE OF IDAHO, | ) | 2014 Unpublished Opinion No. 745 |
| | ) | |
| Plaintiff-Respondent, | ) | Filed: September 30, 2014 |
| | ) | |
| v. | ) | Stephen W. Kenyon, Clerk |
| | ) | |
| JOSE ALBERTO HUERTA-GARCIA, | ) | THIS IS AN UNPUBLISHED |
| | ) | OPINION AND SHALL NOT |
| Defendant-Appellant. | ) | BE CITED AS AUTHORITY |
| | ) | |

Appeal from the District Court of the Fifth Judicial District, State of Idaho, Jerome County. Hon. John K. Butler, District Judge.

Order relinquishing jurisdiction, <u>affirmed</u>.

Sara B. Thomas, State Appellate Public Defender; Jason C. Pintler, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Lori A. Fleming, Deputy Attorney General, Boise, for respondent.

_____

Before GUTIERREZ, Chief Judge; GRATTON, Judge;
and MELANSON, Judge

_____

PER CURIAM

In this case we are asked to determine whether the district court abused its discretion in refusing to grant probation following a period of retained jurisdiction. Jose Alberto Huerta-Garcia entered an *Alford*[1] plea to sexual abuse of a child under sixteen years of age. I.C. § 18-1506(1)(b). In exchange for his guilty plea, additional charges were dismissed. The district court sentenced Huerta-Garcia to a unified term of fifteen years, with a minimum period of confinement of five years. The district court retained jurisdiction and Huerta-Garcia was sent to participate in the rider program. Huerta-Garcia appeals.

_____

[1]    *See North Carolina v. Alford*, 400 U.S. 25 (1970).

1

After Huerta-Garcia completed his rider, the district court relinquished jurisdiction. Huerta-Garcia appeals, claiming that the district court erred by relinquishing jurisdiction.

We note that the decision to place a defendant on probation or whether, instead, to relinquish jurisdiction over the defendant is a matter within the sound discretion of the district court and will not be overturned on appeal absent an abuse of that discretion. *State v. Hood*, 102 Idaho 711, 712, 639 P.2d 9, 10 (1981); *State v. Lee*, 117 Idaho 203, 205-06, 786 P.2d 594, 596-97 (Ct. App. 1990). The record in this case shows that the district court properly considered the information before it and determined that probation was not appropriate. We hold that Huerta-Garcia has failed to show that the district court abused its discretion.

The order of the district court relinquishing jurisdiction and Huerta-Garica's sentence are affirmed.